FEDERAL LAND BANK OF OMAHA, APPELLEE, V. FRED E. SOEHL ET AL., APPELLANTS: FIRST NATIONAL BANK OF LEWELLEN ET AL., APPELLEES.

278 N. W. 384

FILED MARCH 11, 1938. No. 30238.

*L. A. Devoe, Beeler, Crosby & Baskins* and *Robert B. Crosby,* for appellants.

*Beatty, Maupin, Murphy & Derry, William C. Ramsey, Franklin L. Pierce, Philip M. Wellman* and *William W. Graham, contra.*

Heard before GOSS, C. J., ROSE, EBERLY, DAY, PAINE, CARTER and MESSMORE, JJ.

CARTER, J.

This is an appeal from an order refusing to grant a moratory stay under the provisions of section 20-21,159, Comp. St. Supp. 1937.

The real estate involved consists of 640 acres of Arthur county land. The amount due under the decree of foreclosure, including unpaid taxes, is $2,949.34. The evidence as to value is substantially as follows: S. E. Adkins testified that the land is worth $3,000. W. R. Curtis testified that he had offered $2,400 for the land and that it would be worth more if used in connection with adjacent lands. The defendant estimates its value at $5,120, and Ray Cardwell, a witness called by the defendant, estimates its value at $3,200. Under the authority of *Federal Land Bank v. Citizens Bank, ante,* p. 252, 278 N. W. 383, released herewith, we hold that a moratory stay was properly denied.

The contention is also made that the value of the land is greater than the amounts herein set out by virtue of its

use in connection with adjacent lands. That such value is not competent in a proceeding such as we have before us was also determined in *Federal Land Bank v. Citizens Bank, supra.*

We find no error in the record and the judgment is

AFFIRMED.